JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVION MARQURSE WILLIAMS,<br><br>                Petitioner,<br><br>    v.<br><br>A. SMITH, Warden,<br><br>                Respondent. | Case No. 2:23-cv-03106-FLA (PVC)<br><br>**JUDGMENT** |

Pursuant to the court's Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: August 16, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge